IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BRYAN S. ROSS, )
Chapter 7 Trustee for )
TOTAL REALTY MANAGEMENT, LLC, )
 )
Plaintiff, )
 )  Case No. 1:11cv684 (GBL/JFA)
v. )
 )
R.A. NORTH DEVELOPMENT, INC., )
et al., )
 )
Defendants. )

## ORDER

Upon consideration of the November 18, 2011 Report and Recommendation of United States Magistrate Judge Anderson, who was designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson. It is further

ORDERED that Defendants' Motion for Sanctions (Dkt. No. 24) is DENIED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this /0 day of January, 2012.

Alexandria, Virginia
1/10/12

/s/
Gerald Bruce Lee
United States District Judge